ACCEPTED
15-25-00021-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/23/2025 3:16 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00021-CV

In the Fifteenth Court of Appeals
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/23/2025 3:16:48 PM
CHRISTOPHER A. PRINE
Clerk

PFIZER INC. and TRIS PHARMA, INC.,
Petitioners/Defendants,
v.
The STATE OF TEXAS and TARIK AHMED,
Respondents/Plaintiffs.

Permissive appeal from the 71st Judicial District Court, Harrison County, Texas

## JOINT STATUS REPORT AND MOTION OF THE PARTIES TO EXTEND STAY OF PROCEEDINGS

Plaintiffs the State of Texas, by and through the Attorney General of Texas, Ken Paxton, and Relator Tarik Ahmed, together with Defendants Pfizer Inc. and Tris Pharma, Inc. (collectively, the "Parties"), submit this joint status report pursuant to the Court's June 24, 2025 Abatement Order.

The Parties continue their productive settlement discussions and have reached an understanding of the key terms of settlement. However, given the number of parties involved and the need to complete multiple interrelated agreements, additional time is required to finalize the settlement. Accordingly, the Parties respectfully request an additional thirty-day abeyance. The Parties will either file stipulated dismissals within this period or provide a further status report

to the Court at the conclusion of the thirty days.

Respectfully submitted,

/s/ Paige L. Cheung

**ATTORNEYS FOR THE STATE OF TEXAS**

Paige L. Cheung
Assistant Attorney General
Texas Bar No. 24116193
Vivian Egbu
Assistant Attorney General
Texas State Bar No. 24079078
Nadia Burns
Assistant Attorney General
Texas State Bar No. 24041176
Office of the Attorney General
Healthcare Program Enforcement
Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
Paige.Cheung@oag.texas.gov
Vivian.Egbu@oag.texas.gov
Nadia.Burns@oag.texas.gov
(512) 937-9149

/s/ Jason T. Brown

**BROWN, LLC**
Jason T. Brown
111 Town Square Place, Suite 400
Jersey City, NJ 07310
jtb@jtblawgroup.com
(877) 561-0000

/s/ Edward D. Burbach

**FOLEY & LARDNER LLP**
Edward D. Burbach
Texas Bar No. 03355250
600 Congress, Suite 3000
Austin, TX 78701
eburbach@foley.com
(512)542-7070

**THE VAL JONES LAW FIRM**
George Valton ("Val") Jones
State Bar No. 10888050
109 West Austin St.
Marshall, TX 75670-3340
val@valjoneslaw.com
(903) 927-2220

**ROPES & GRAY LLP**
Samantha Barrett Badlam
(admitted *pro hac vice*)
Stefan P. Schropp
(admitted *pro hac vice*)
2099 Pennsylvania Ave., N.W.
Washington, DC 20006-6807
samantha.badlam@ropesgray.com
stefan.schropp@ropesgray.com
(202) 508-4734
(202) 508-4883

**COUNSEL FOR DEFENDANT PFIZER INC.**

**POTTER MINTON, PC**
Michael E. Jones
102 North College, Suite 900
Tyler, TX 75702
mikejones@potterminton.com
E. Glenn Thames, Jr.
102 North College, Suite 900
Tyler, TX 75702
glennthames@potterminton.com
(903) 597-8311

**COUNSEL FOR TARIK AHMED**

*/s/ Harry Gillam, Jr.*

**GILLAM & SMITH LLP**
Harry "Gil" Gillam, Jr.
Texas Bar. No. 07921800
Tom Gorham
Texas Bar. No. 24012715
303 S. Washington Ave.
Marshall, TX 75670
gil@gillamsmithlaw.com
tom@gillamsmithlaw.com
(903) 934-8450

**BLANK ROME LLP**
William E. Lawler III
D.C. Bar No. 398951
1825 Eye Street NW
Washington, DC 20006
wlawler@blankrome.com
(202) 420-5460

Huaou Yan (admitted *pro hac vice*)
PA Bar No. 324705
One Logan Square, 130 North 18th St
Philadelphia, PA 19103
huaou.yan@blankrome.com
(215) 569-5449

**COUNSEL FOR DEFENDANT TRIS
PHARMA, INC.**

Date: July 23, 2025

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jesse Gonzalez on behalf of Edward Burbach
Bar No. 3355250
Jesse.Gonzalez@ropesgray.com
Envelope ID: 103501718
Filing Code Description: Motion
Filing Description: Joint Status Report and Motion of the Parties to Extend Stay of Proceedings
Status as of 7/23/2025 3:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Earl Thames | 785097 | Glennthames@potterminton.com | 7/23/2025 3:16:48 PM | SENT |
| Harry Gillam | 7921800 | gil@gillamsmithlaw.com | 7/23/2025 3:16:48 PM | SENT |
| Andrew Gorham | 24012715 | tom@gillamsmithlaw.com | 7/23/2025 3:16:48 PM | SENT |
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@hhs.texas.gov | 7/23/2025 3:16:48 PM | SENT |
| Jordan Underhill | 24102586 | jordan.underhill@oag.texas.gov | 7/23/2025 3:16:48 PM | SENT |
| Stacy Obenhaus | | sobenhaus@foley.com | 7/23/2025 3:16:48 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 7/23/2025 3:16:48 PM | SENT |
| Paige Cheung | 24116193 | paige.cheung@oag.texas.gov | 7/23/2025 3:16:48 PM | SENT |
| Wolfgang PHirczy de Mino | | wphdmphd@gmail.com | 7/23/2025 3:16:48 PM | SENT |
| Jason T.Brown | | jtb@jtblawgroup.com | 7/23/2025 3:16:48 PM | SENT |
| Patrick S.Almonrode | | patalmonrode@jtblawgroup.com | 7/23/2025 3:16:48 PM | SENT |
| Michael E.Jones | | mikejones@potterminton.com | 7/23/2025 3:16:48 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 7/23/2025 3:16:48 PM | SENT |
| M'Liss Hindman | | mliss.hindman@blankrome.com | 7/23/2025 3:16:48 PM | SENT |
| Pfizer Case Team | | QXRTXQuiTamAssociates&Paralegals@ropesgray.com | 7/23/2025 3:16:48 PM | SENT |
| William E.Lawler, III | | william.lawler@blankrome.com | 7/23/2025 3:16:48 PM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 7/23/2025 3:16:48 PM | SENT |
| Bobbye Pyke | | Bobbye.Pyke@blankrome.com | 7/23/2025 3:16:48 PM | SENT |
| Huaou Yan | | huaou.yan@blankrome.com | 7/23/2025 3:16:48 PM | SENT |
| Stefan Schropp | | stefan.schropp@ropesgray.com | 7/23/2025 3:16:48 PM | SENT |
| Samantha BarrettBadlam | | samantha.badlam@ropesgray.com | 7/23/2025 3:16:48 PM | SENT |
| Edward Burbach | | eburbach@foley.com | 7/23/2025 3:16:48 PM | SENT |
| George Valton | | val@valjoneslaw.com | 7/23/2025 3:16:48 PM | SENT |
| Lauren Sibley | | lauren.sibley@oag.texas.gov | 7/23/2025 3:16:48 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jesse Gonzalez on behalf of Edward Burbach
Bar No. 3355250
Jesse.Gonzalez@ropesgray.com
Envelope ID: 103501718
Filing Code Description: Motion
Filing Description: Joint Status Report and Motion of the Parties to Extend Stay of Proceedings
Status as of 7/23/2025 3:22 PM CST

Case Contacts

| Lauren Sibley | | lauren.sibley@oag.texas.gov | 7/23/2025 3:16:48 PM | SENT |
|---|---|---|---|---|
| Diana Arias | | diana@gillamsmithlaw.com | 7/23/2025 3:16:48 PM | SENT |
| Rosa Ferguson | | rosa@gillamsmithlaw.com | 7/23/2025 3:16:48 PM | SENT |
| Olivia Arias | | olivia@gillamsmithlaw.com | 7/23/2025 3:16:48 PM | SENT |
| Paige Cheung | | paige.cheung@oag.texas.gov | 7/23/2025 3:16:48 PM | SENT |
| Lit Docket MCO | | LitDocketInformationGovernance@ropesgray.com | 7/23/2025 3:16:48 PM | SENT |